UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 24 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| Rosalia Vazquez-Cornejo, | No. 21-1066 |
| --- | --- |
| Petitioner, | Agency No. A216-397-184 |
| v. | |
| Merrick B. Garland, U.S. Attorney General, | ORDER |
| Respondent. | |

Before: CANBY, BERZON, and BENNETT, Circuit Judges.

The government's motion to dismiss this petition for review for lack of jurisdiction (Docket Entry No. 11) is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The supplemented motion for a stay of removal (Docket Entry Nos. 4, 8) is granted. *See Nken v. Holder*, 556 U.S. 418 (2009); *Leiva-Perez v. Holder*, 640 F.3d 962 (9th Cir. 2011). The stay of removal remains in place until issuance of the mandate.

The opening brief is due April 26, 2022. The answering brief is due June 27, 2022. The optional reply brief is due within 21 days after service of the answering brief.